Argued June 26, affirmed June 26, 1972

## STATE OF OREGON, *Respondent, v.* FRANCES JEAN CHAMBERLIN (No. 37576), *Appellant.*

497 P2d 1213

*Dean Heiling,* Winston, argued the cause and filed the brief for appellant.

*Brian R. Barnes,* Deputy District Attorney, Roseburg, argued the cause for respondent. With him on the brief was Doyle L. Schiffman, District Attorney, Roseburg.

Before SCHWAB, Chief Judge, and FORT and THORNTON, Judges.

AFFIRMED FROM THE BENCH.